IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM OMAR MEDINA | : CIVIL ACTION |
|---|---|
| vs. | : NO. 16-6404 |
| LAURA KUYKENDALL, *et al.* | : |

## ORDER

**AND NOW**, this 27th day of June 2017, upon considering Defendants' unopposed Motion to Dismiss (ECF Doc. No. 10) the Plaintiff's *pro se* complaint and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion to Dismiss (ECF Doc. No. 10) is **GRANTED**;

2. Under 28 U.S.C. § 1915, we *sua sponte* dismiss Plaintiff's *pro se* largely unplead claim of retaliation as he proceeds in *forma pauperis* (ECF Doc. No. 2); and,

3. Plaintiff is granted leave to amend his Complaint, if he can do so consistent with our accompanying Memorandum, no later than **August 28, 2017**.

KEARNEY, J.